

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHIKENNA JONES
    PLAINTIFF

Case No.

-v-

ALLIANCEONE RECEIVABLES MANAGEMENT, INC
    DEFENDANT

## COMPLAINT

Plaintiff, CHIKENNA JONES, hereby sues Defendant, ALLIANCEONE RECEIVABLES MANAGEMENT, INC; and alleges:

### PRELIMINARY STATEMENT

1. This is an action for damages brought for damages for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq*.

### JURISDICTION AND VENUE

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

3. Venue is proper in this Circuit pursuant to 28 U.S.C. §1391b.

4. All conditions precedent to the bringing of this action have been performed, waived or excused.

### FACTUAL ALLEGATIONS

5. The conditions to obtain permissible purpose to make a pull of PLAINTIFF's consumer report, as per FRCA 15 U.S.C. § 1681b, are not being met by DEFENDANT

6. Since November 29, 2010, PLAINTIFF's EXPERIAN consumer reports keeps showing two separate non-permissible purpose pulls on the same date, that PLAINTIFF's is not authorizing, been made by DEFENDANT. (See Exhibit A)

7. Since December 6, 2010, PLANTIFF's EXPERIAN consumer reports keeps showing a non-permissible purpose pull, that PLANTIFF's is not authorizing, been made by DEFENDANT. (See Exhibit A)

8. On April 13, 2012, an Unauthorized Credit Inquiry letter (See Exhibit B) was sent, via certified mail letter #7011 3500 0002 2526 0150, requesting to have inquiry removed by DEFENDANT and to send proof of permissible purpose to PLAINTIFF.

9. PLAINTIFF is in possession of a signed confirmation receipt, from the USPS for the certified mail letter #7011 3500 0002 2526 0150, requesting to have inquiry removed by DEFENDANT and to send proof of permissible purpose to PLAINTIFF. (See Exhibit B)

10. On May 9, 2012, a Notice of Pending Lawsuit (See Exhibit C) was sent, via certified mail letter #7011 3500 0002 2526 0419, offering an opportunity to amicably settle violations to the FCRA outside of court, to the DEFENDANT.

11. PLAINTIFF is in possession of a signed confirmation receipt, from the USPS for the registered mailed letter #7011 3500 0002 2526 0419, Notice of Pending Lawsuit, dated May 14, 2012, being evidence and confirmation that this letter was received by DEFENDANT. (See Exhibit C)

12. PLAINTIFF respectfully comes, and ask, and demands to this court, remedy to all FCRA violations, against PLAINTIFF, been committed by DEFENDANT.

# COUNT I

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. § 1681 WILLFULL NON-COMPLIANCE BY DEFENDEANT

13. Paragraphs 1 through 12 are re-alleged as though fully set forth herein.

14. The definition of a "consumer", within the meaning of FCRA 15 U.S.C. §1681a(c), describes the PLAINTIFF.

15. The definition of a "corporation", within the meaning of FCRA 15 U.S.C. §1681a(b), describes the DEFENDANT.

16. The conditions to obtain permissible purpose to make a pull of PLAINTIFF's consumer report, as per FCRA 15 U.S.C. § 1681b, are not being met by DEFENDANT.

17. Willful violations to the FCRA are being committed by the DEFENDANT. These violations include, but are not limited to, the following:

    a. On 3 occasions, PLAINTIFF's TRANSUNION consumer reports keeps showing non-permissible purpose inquiries/pulls, that PLAINTIFF is not authorizing, that are been made by DEFENDANT.

WHEREFORE, PLAINTIFF demands judgment for damages in the amount of $3,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to FCRA 15 U.S.C. §1681n against DEFENDANT.

**WHEREFORE,** PLAINTIFF demands judgment for damages against DEFENDANT, and $6,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to FCRA 15 U.S.C. §1681n(a)(3) and FCRA 15 U.S.C. §1681o(a).

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: June 18, 2012

Respectfully submitted,

*/s/ Chikenna D Jones/*

Chikenna D Jones
(Authorized Agent for CHIKENNA D JONES)
37459 ULTIMA PLAZA BLVD 226
PRAIRIEVILLE, LA 70769
225-650-5162

**CERTIFICATE OF SERVICE**

I CERTIFY that a copy of the foregoing was provided by U.S. Postal Service Certified Mail Receipt # 7011 3500 0002 2527 2740 to ALLIANCEONE RECEIVABLES MANAGEMENT, INC, C/O C T CORPORATION SYSTEM, 5615 CORPORATE BLVD, SUITE 400B, BATON ROUGE, LA 70808 this 18 day of June 2012.

_____
Chikenna D. Jones
(Authorized Agent for CHIKENNA D JONES, PLANTIFF)
37459 ULTIMA PLAZA BLVD 226
PRAIRIEVILLE, LA 70769
225-650-5162

Case 3:12-cv-00362-BAJ-RLB   Document 1   06/18/12   Page 6 of 11



**Address:**
270 E KILBOURN AVE
MILWAUKEE WI 53202
*No phone number available*

**Date of Request:**
06/25/2011

## ALLIANCEONE RECEIVABLES MGMNT IN

**Address:**
4850 E STREET RD STE 300
TREVOSE PA 19053
(877) 480-5110

**Date of Request:**
12/06/2010, 11/29/2010

## ALLIANCEONE RECEIVABLES MGMNT IN

**Address:**

*No phone number available*

**Date of Request:**
11/29/2010



**Address:**
4540 HONEYWELL CT
DAYTON OH 45424
*No phone number available*

**Date of Request:**
09/10/2010



**Address:**
4540 HONEYWELL CT
DAYTON OH 45424
*No phone number available*

**Date of Request:**
09/10/2010



**Address:**
1111 POLARIS PKWY # 54101-3L
COLUMBUS OH 43240
*No phone number available*

**Date of Request:**
08/25/2010

# EXHIBIT A

VIA Certified Mail # 7011 3500 0002 2526 0150

Chikenna D Jones
37459 Ultima Plaza Blvd
Suite 226
Prairieville, LA 70769

ALLIANCEONE RECEIVABLES MGMNT IN
4850 E STREET RD
SUITE 300
TREVOSE PA 19053

Date: April 12, 2012

Re: Unauthorized Credit Inquiry

Dear ALLIANCEONE RECEIVABLES MGNT IN,

I recently received a copy of my Experian credit report. The credit report showed a credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed. You have 10 days from the receipt of this letter to respond.

If you find that I am remiss, and you did have my authorization to inquire into my credit report, and then please send me proof of this. You have 10 days from the receipt of this letter to respond.

Thanking you in advance,

Sincerely,

*Chikenna D Jones*
Chikenna D Jones
SSN# 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
*Attachment included.*

# EXHIBIT B



Address:
270 E KILBOURN AVE
MILWAUKEE WI 53202
*No phone number available*

Date of Request:
06/25/2011

### ALLIANCEONE RECEIVABLES MGMNT IN

Address:
4850 E STREET RD STE 300
TREVOSE PA 19053
(877) 480-5110

Date of Request:
12/06/2010, 11/29/2010

### ALLIANCEONE RECEIVABLES MGMNT IN

Address:

*No phone number available*

Date of Request:
11/29/2010



Address:
4540 HONEYWELL CT
DAYTON OH 45424
*No phone number available*

Date of Request:
09/10/2010



Address:
4540 HONEYWELL CT
DAYTON OH 45424
*No phone number available*

Date of Request:
09/10/2010



Address:
1111 POLARIS PKWY # 54101-3L
COLUMBUS OH 43240
*No phone number available*

Date of Request:
08/25/2010

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

FEASTERVILLE TREVOSE PA 19053

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.75 |

0983
14
Postmark Here
04/13/2012

Sent To: Allianceone Receivables Mgmnt In
Street, Apt. No.; or PO Box No.: 4850 E Street Suite 300
~~804 Baypoint Pl Cir~~
City, State, ZIP+4: Trevose PA 19053
~~Jacksonville FL 32256~~

7011 3500 0002 2526 0150

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _S. Bumpus_  ☐ Agent ☐ Addressee

B. Received by (Printed Name): S. Bumpus
C. Date of Delivery: 4/16

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

ALLIANCEONE RECEIVABLES MGMNT IN
4850 E STREET RD
STE 300
TREVOSE PA 19053

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7011 3500 0002 2526 0150

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Certified Mail #    7011 3500 0002 2526 0419

CHIKENNA D JONES
37459 ULTIMA PLAZA BLVD
SUITE 226
PRAIRIEVILLE LA 70769

May 9, 2012

ALLIANCEONE RECEIVABLES MANAGEMENT INC
4850 E STREET RD
SUITE 300
TREVOSE, PA 19053

## NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure ALLIANCEONE RECEIVABLES MANAGEMENT INC violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681 *et seq*.

I am willing to settle these matters amicably without having to file suit and am giving you five days from receipt of this letter to take the opportunity to do so. If ALLIANCEONE RECEIVABLES MANAGEMENT INC chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in a court of law.

I can be reached directly at 225-406-0590 (cell) or via email at thetrivium422@gmail.com. This cell number and/or email is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

*[signature]*
Chikenna D. Jones
(Authorized Agent for CHIKENNA D JONES)

# EXHIBIT C

English    Customer Service    USPS Mobile                                                    Register / Sign In



Search USPS.com or Track Packages

Quick Tools          Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES    **PRINT DETAILS**

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70113500000225260419 | First-Class Mail® | Delivered | May 14, 2012, 10:24 am | FEASTERVILLE TREVOSE, PA 19053 | Expected Delivery By: May 14, 2012 Certified Mail™ |
| | | Arrival at Unit | May 12, 2012, 7:07 am | LANGHORNE, PA 19047 | |
| | | Processed at USPS Origin Sort Facility | May 11, 2012, 11:03 pm | PHILADELPHIA, PA 19176 | |
| | | Acceptance | May 09, 2012, 6:44 pm | BATON ROUGE, LA 70817 | |

## Check on Another Item

What's your label (or receipt) number?



**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

