UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHIKENNA D. JONES

VERSUS

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.

CIVIL ACTION

NUMBER 12-362-BAJ

**RULING and
ORDER OF DISMISSAL**

The Court has carefully considered the Complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 24, 2013 (doc. no. 15), to which no objection has been filed.

The Court hereby approves the Report and Recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, Plaintiff's Complaint is dismissed pursuant to Local Rule 41.2.C. and Rule 41(b), for failure to prosecute.

Baton Rouge, Louisiana, September 27, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA